[No. 31506-4-I.   Division One.   September 20, 1993.]

WILLIAM M. GOODWIN, *Appellant*, v. METROPOLITAN
MORTGAGE & SECURITIES CO., INC.,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 91-2-02686-6, Dale B. Ramerman, J., entered

August 27, 1992. *Affirmed in part* and *remanded* by unpublished opinion per Webster, C.J., concurred in by Pekelis and Forrest, JJ.